IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-20-0291 |
| WILMER COLON-CABRERA, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM AND ORDER

Pending before the Court is Wilmer Colon-Cabrera's correspondence, which the Court construes as a Motion to Reduce Sentence pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"). (ECF No. 29.) The Court will deny the Motion.

Amendment 821 is a multi-part amendment. Part A limits the criminal history impact of "status points." Part B to Amendment 821 provides a mechanism for certain zero-point offenders (i.e., criminal defendants with no criminal history points) to obtain a reduction of their offense level. Mr. Colon-Cabrera does not specify under which part he seeks a reduction in his sentence. The Court has reviewed the record in this case, which indicates that Mr. Colon-Cabrera did not receive any status points, and that he has a criminal history score of two. Thus, he is not eligible for relief pursuant to Amendment 821.

Accordingly, it is ORDERED that Mr. Colon-Cabrera's Motion (ECF No. 29) is DENIED.

DATED this _11_ day of December, 2024.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge